Argued and submitted September 28, 1992, affirmed March 31, 1993

In the Matter of the Petition of

## SLATER LOGGING, INC.,
*Respondent,*

*v.*

The filings of the
## NATIONAL COUNCIL ON COMPENSATION INSURANCE,
*Respondent,*

*and*

## SAIF CORPORATION,
*Petitioner.*

(89-12-018; CA A73348)

849 P2d 548

Michael O. Whitty, Special Assistant Attorney General, Salem, argued the cause for petitioner. With him on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Kelly E. Ford, Beaverton, argued the cause and filed the brief for respondent Slater Logging, Inc.

Robert E. Joseph and Schwabe, Williamson & Wyatt, Portland, waived appearance for respondent NCCI.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Affirmed. *Crisstad Enterprises v. Natl. Council on Comp. Ins.*, 118 Or App 416, 847 P2d 896 (1993).